**26JE-CC00580**

Electronically Filed - Jefferson - June 05, 2026 - 08:40 AM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

CHRISTINE EICHELBERGER )
13423 Klondike Road )
DeSoto, MO  63020 )
)
)
Plaintiff, )
)
vs. ) Cause No._____
)
JOHNETTA NOEL )
116 Woodway Court )
East Peoria, IL  61611 )
)
Defendant. )

**PETITION FOR DAMAGES**
(Vehicular Personal Injury)

COMES NOW Plaintiff, Christine Eichelberger, by and through her attorney, Joseph L. Goff, and for her cause of action against Defendant, Johnetta Noel, states to the Court as follows:

1. Plaintiff is a resident of Jefferson County, Missouri.  Defendant is a resident of Peoria County, Illinois.  The incident giving rise to this lawsuit occurred in Jefferson County, Missouri.

2. This incident occurred on May 4, 2025.  Plaintiff was traveling north on Highway 67 and was stopped at a red light at the intersection of Hwy 67

Electronically Filed - Jefferson - June 05, 2026 - 08:40 AM

and Meyer Road.  Defendant saw the Plaintiff stopped at the light. Defendant tried to stop but struck the Plaintiff vehicle in the rear.

3.   The actions of Defendant as outlined above, were all as a direct and proximate result of the negligence of Defendant in failing to exercise the highest degree of care in the following respects:

(a)   Defendant, negligently, carelessly, and recklessly caused, permitted and allowed her motor vehicle to come into violent contact with the Plaintiff's vehicle;

(b)   Defendant negligently and carelessly failed to keep a vigilant and careful lookout ahead and laterally for other vehicular traffic, including Plaintiff's vehicle;

4.   As a direct and proximate result of Defendant's negligent and careless control of said vehicle, Plaintiff was caused to suffer and sustain severe, permanent, and progressive injuries.

5.   Defendant owed a duty to Plaintiff to exercise the highest degree of care and skill while operating and driving her motor vehicle.

6.   Defendant breached her aforesaid duty and was thereby negligent with said negligence causing or contributing to cause Plaintiff to suffer and sustain severe, permanent, and progressive injuries.

Electronically Filed - Jefferson - June 05, 2026 - 08:40 AM

7.  Defendant owed a duty to Plaintiff to exercise the highest degree of care in the operation and driving of her motor vehicle.

8.  Defendant breached her aforesaid duty and was thereby negligent in particulars that include but are not limited to the following:

(a)  Defendant negligently, carelessly, and recklessly caused, permitted, and allowed her vehicle to come into violent contact with Plaintiff's vehicle;

(b)  Defendant negligently and carelessly failed to keep a vigilant and careful lookout ahead and laterally for other vehicular traffic, including Plaintiff's vehicle:

(c)  The Missouri Highway Patrol provided a police report. They listed under the probable contributing circumstances section of the report that the Defendant was distracted and inattentive.

9.  As a direct and proximate cause and result of the aforesaid negligent acts and/or omissions committed by Defendant, Plaintiff suffered head and neck pain, as well as a concussion resulting in ongoing headaches, memory loss and vision issues. Plaintiff completed extensive chiropractic treatment and physical therapy due to the ongoing concussion

Electronically Filed - Jefferson - June 05, 2026 - 08:40 AM

symptoms.  Plaintiff also received treatment from an optometrist due to the ongoing vision issues.

10.  As a direct and proximate cause and result of her injuries, Plaintiff has sustained damages that include, but are not limited to, the following:

(a)  Past medical expenses;

(b)  Future medical expenses for medical care and treatment;

(c)  Severe pain and emotional distress.

11.  Plaintiff further states that as a direct and proximate cause and result of the injuries she suffered and sustained, as a direct result of the negligence of Defendant, her ability to live a normal and enjoyable life has been, and will forever continue to be, severely impaired and adversely affected.

WHEREFORE, Plaintiff prays judgment against Defendant for a reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00) together with costs herein expended.

REEVES & GOFF, P.C.

/s/ Joseph L. Goff
Joseph L. Goff, #36736
1 North Jefferson
P.O. Box 189
Farmington, MO 63640
(573) 760-8810
(573) 760-1198 – Fax
Attorney for Plaintiff
jgoff@reevesandgoff.com

Electronically Filed - Jefferson - June 05, 2026 - 08:40 AM